UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

– against –

VAUGHN MCKINNEY,

Defendant.

**ORDER**

13 Cr. 45 (ER)

RAMOS, D.J.:

The hearing scheduled for September 2, 2020, via teleconference, *see* Doc. 37, shall now be held in person in Courtroom 619 of the Thurgood Marshall United States Courthouse at the same date and time: September 2, 2020, at 10:30 a.m.

It is SO ORDERED.

Dated: September 1, 2020
       New York, New York

EDGARDO RAMOS, U.S.D.J.